The Honorable John C. Coughenour

02-CV-02399-STIP

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HEATHER STODDARD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF SEATTLE, et al.,<br><br>　　　　　Defendants. | No.  C02-2399C (BJR)<br><br>**WTO Proceeding**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

## I.  STIPULATION

The parties, by and through their counsel of record, stipulate that this case has been fully resolved and that all claims against all parties should be dismissed with prejudice and without costs being taxed to any party, and respectfully request that the court enter a judgment of dismissal with prejudice and without costs to any party.

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE  - 1
C02-2399C (BJR)

\\EARTH\DATA\CLIENTS\3019\24350\PLD STIP-DISMISSAL ORDER.DOC

STAFFORD FREY COOPER
*Professional Corporation*
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
Fax (206) 624-6885

## II.  ORDER

THIS MATTER having come on duly and regularly before the Honorable John C. Coughenour, United States District Court Judge, upon the written stipulation of the parties hereto, by and through their counsel of record, and the court having been fully advised in the premises,

NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED that this matter is hereby dismissed with prejudice and without costs being taxed to any party.

DATED this 17 day of December, 2003.

_____
Honorable John C. Coughenour
United States District Judge

Stipulated to and
presented by:

**STAFFORD FREY COOPER**

By _____
Stephen P. Larson, WSBA #4959
Attorney for Defendants

**THOMAS A. CARR, SEATTLE CITY ATTORNEY**

By _____
Sean Sheehan, WSBA # 6364
Attorney for Defendants

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE  - 2
C02-2399C (BJR)

\\EARTH\DATA\CLIENTS\3019\24350\PLD STIP-DISMISSAL ORDER.DOC

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
3100 TWO UNION SQUARE
601 UNION STREET
SEATTLE, WASHINGTON 98101-1374
TEL. (206) 623-9900
Fax (206) 624-6885

1  Copy received, stipulated to,
   approved for entry and notice
2  of presentation waived:

3  **MUENSTER & KOENIG**

4

5  By _____
6  John R. Muenster, WSBA #6237
   Attorney for Plaintiff Stoddard

7

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE - 3
C02-2399C (BJR)

\\EARTH\DATA\CLIENTS\3019\24350\PLD STIP-DISMISSAL ORDER.DOC

STAFFORD FREY COOPER
Professional Corporation
A T T O R N E Y S
3100 Two Union Square
601 Union Street
Seattle, Washington 98101-1374
Tel. (206) 623-9900
Fax (206) 624-6885